# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA ANN THOMAS, as next friend of A.T.T. <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA <br><br> Defendant. | Case No. 03-cv-1791 (RCL) |

## [PROPOSED] ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia*, No. 00-cv-591, it is hereby

**ORDERED** that Defendant shall pay Plaintiffs, within 30 days of the date of this Order, $7,299.67, an amount which represents the remaining interest owed to Plaintiffs on the capped attorney's fees and costs in this case.

**SO ORDERED.**

Date: 1/4/21

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE